IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CHURCHILL DOWNS, INC.,<br><br>    Defendant. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Computer Tracking Systems LLC declares that it is a limited liability company having no stock, and thus has no parent corporation and no publicly traded corporation who currently owns 10% or more of its stock.

DATED:  July 12, 2016
                  DEVLIN LAW FIRM LLC

                    By: */s/ Robert Kiddie*
                    Robert Kiddie
                    Texas State Bar No.  24060092
                    rkiddie@devlinlawfirm.com
                    Dolly Wu
                    Texas State Bar No. 24068626
                    dwu@devlinlawfirm.com
                    Timothy Devlin (*pro hac* to be filed)
                    tdevlin@devlinlawfirm.com
                    1306 N. Broom Street, 1st Floor
                    Wilmington, DE  19806
                    Phone:  (302) 449-9010

                    *Attorneys for Plaintiff Computer*
                     *Tracking Systems LLC*