AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Texas

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC, <br><br> *Plaintiff(s)* <br> v. <br> CHURCHILL DOWNS, INC. <br><br> *Defendant(s)* | Civil Action No. 2:16-cv-762 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CHURCHILL DOWNS, INC.
c/o its Registered Agent
CT Corporation System
306 W. Main Street
Suite 512
Frankfort, KY  40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Kiddie
Devlin Law Firm LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
rkiddie@devlinlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   7/13/16                                  *David A. O'Toole*
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-762

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ChurchHill Downs, Inc c/o CT
was received by me on *(date)* 7/14/16 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Susan Johnson , who is
designated by law to accept service of process on behalf of *(name of organization)* Churchill Downs, Inc
c/o CT Corporation on *(date)* 7/14/16 3:35 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/14/16

Melissa Moore
*Server's signature*

Melissa Moore Process Server
*Printed name and title*

128 S. Locust St Versailles KY 40383
*Server's address*

Additional information regarding attempted service, etc:
40 y/o White Female, 5'0", 165 lbs., Red hair