IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS, INC.,<br><br>    Defendant. | Civil Action No. 2:16-cv-00762<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Defendant Churchill Downs, Inc. ("Defendant") files this Notice of Designation of Lead Counsel and hereby notifies the Court that James E. Youngblood of the law firm of Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, TX 75201 is appearing as Lead Counsel of record. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 29, 2016

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ James E. Youngblood*
James E. Youngblood
Texas Bar No. 24070900
jyoungblood@fr.com

1717 Main Street, Suite 5000
Dallas, Texas  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANT
CHURCHHILL DOWNS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this July 29, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ James E. Youngblood*
James E. Youngblood