IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS, INC.,<br><br>    Defendant. | Civil Action No. 2:16-cv-00762<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Churchill Downs, Inc. ("Defendant") files this Notice of Appearance of Counsel, and hereby notifies the Court that Theresa M. Dawson, of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the above-referenced address.

Dated: September 1, 2016

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Theresa M. Dawson*
James E. Youngblood
Texas Bar No. 24070900
jyoungblood@fr.com
Theresa M. Dawson
tdawson@fr.com
Texas Bar No. 24065128
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANT
CHURCHHILL DOWNS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this September 1, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Theresa M. Dawson*
Theresa M. Dawson