# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHURCHILL DOWNS, INC., <br><br> Defendant. | Civil Action No. 2:16-cv-762-RWS <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Computer Tracking Systems LLC ("CTS") and Defendant Churchill Downs, Inc. ("Churchill") have met and conferred regarding extending the time for CTS to respond to Churchill's Motion to Dismiss (Dkt. 12).  Churchill has agreed to provide CTS a ten day extension to respond to Churchill's Motion to Dismiss.  Subject to the Court's approval, CTS respectfully requests and hereby moves for an extension of time for CTS to respond to the aforementioned motion through and including September 29, 2016.  Churchill does not object to CTS's filing of this Motion

A proposed Order granting this Motion is attached hereto.

| | |
|---|---|
| DATED:  September 13, 2016 | DEVLIN LAW FIRM LLC <br><br> By: */s/ Robert Kiddie* <br> Robert Kiddie <br> Texas State Bar No.  24060092 <br> rkiddie@devlinlawfirm.com <br> Timothy Devlin (*pro hac* to be filed) <br> tdevlin@devlinlawfirm.com <br> 1306 N. Broom Street, 1st Floor |

>Wilmington, DE  19806
>Phone:  (302) 449-9010
>
>*Attorneys for Plaintiff Computer Tracking Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on September 13, 2016.

>/s/ *Robert Kiddie*
>Robert Kiddie

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion is unopposed.

>/s/ *Robert Kiddie*
>Robert Kiddie