# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>CHURCHILL DOWNS, INC.,<br><br>                    Defendant. | **Civil Action No. 2:16-cv-762-RWS**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Computer Tracking Systems LLC ("CTS") and Defendant Churchill Downs, Inc. ("Churchill") have met and conferred regarding extending the time for CTS to respond to Churchill's Motion to Dismiss (Dkt. 12).  This Court has previously granted Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. 14) extending Plaintiff's deadline to respond up to and including September 29, 2016.  CTS and Churchill have met and conferred once more and Churchill has agreed to provide CTS one additional day to file and serve its response to Churchill's Motion to Dismiss and CTS has agreed to provide Churchill one additional day to file its reply.  Subject to the Court's approval, Plaintiff's deadline to respond to Defendant's Motion to Dismiss shall be extended by one day up to and including September 30, 2016 and Defendant's deadline to file a reply shall be extended by one day up to and including October 11, 2016.

| | |
|---|---|
| DATED: September 29, 2016 | By: */s/ Robert Kiddie*<br>Robert Kiddie<br>Texas State Bar No. 24060092<br>rkiddie@devlinlawfirm.com<br>Timothy Devlin (*pro hac* to be filed)<br>tdevlin@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1306 N. Broom Street, 1st Floor<br>Wilmington, DE 19806<br>Phone: (302) 449-9010<br><br>*Attorneys for Plaintiff Computer Tracking Systems LLC*<br><br>By: */s/ James E. Youngblood*<br>Neil J. McNabnay<br>Texas State Bar No. 24002583<br>mcnabnay@fr.com<br>James Youngblood<br>Texas State Bar No. 24070900<br>youngblood@fr.com<br>Theresa M. Dawson<br>Texas State Bar No. 24065128<br>tdawson@fr.com<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Phone: (214) 747-5070<br><br>*Attorneys for Defendant Churchill Downs, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on September 29, 2016.

/s/ *Robert Kiddie*
Robert Kiddie