IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **COMPUTER TRACKING SYSTEMS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHURCHILL DOWNS, INC.,**<br><br>Defendant. | **CASE NO. 2:16-cv-00762-RWS-RSP**<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **PENN NATIONAL GAMING, INC.**<br><br>Defendant. | **CASE NO. 2:16-cv-00767-RWS-RSP**<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO CORRECT REPLY DEADLINE TO MOTION TO DISMISS

Plaintiff Computer Tracking Systems LLC and Defendants Churchill Downs, Inc. and Penn National Gaming, Inc. file this joint motion to correct the deadline to reply to the pending motions to dismiss (2:16-cv-762, Dkt. No. 15 and 2:16-cv-767, Dkt. No. 13). On September 29, 2016, the parties filed a Stipulation for Extension of Time to Respond to Defendant's Motion to Dismiss, which also requested an extra day to file the reply but mistakenly included a reply deadline of October 11. On October 3, the Court granted the motion in case 2:16-cv-767 (Dkt. No. 15). The Court has not yet issued an order in case 2:16-cv-762. On October 6, the Court consolidated the cases for pretrial issues.

The normal reply deadline under the local rules would have been October 14. Adding the additional day, as intended by the parties, moves the deadline to October, 17. Therefore, the parties respectfully request that the Court move the reply deadline to **October 17, 2016**.

Dated:  October 6, 2016	Respectfully submitted,

**FISH & RICHARDSON P.C.**


By:	*/s/ James E. Youngblood*
	Neil J. McNabnay
	mcnabnay@fr.com
	Texas Bar No. 24002583
	James E. Youngblood
	Texas Bar No. 24070900
	jyoungblood@fr.com
	Theresa M. Dawson
	Texas State Bar No. 24065128
	tdawson@fr.com

	FISH & RICHARDSON P.C.
	1717 Main Street, Suite 5000
	Dallas, Texas 75201
	(214) 747-5070 (Telephone)
	(214) 747-2091 (Facsimile)

Counsel for Defendants
CHURCHILL DOWNS, INC. and PENN
NATIONAL GAMING, INC.


By:	*/s/ Robert Kiddie*
	Robert Kiddie
	Texas State Bar No.  24060092
	rkiddie@devlinlawfirm.com
	Timothy Devlin
	tdevlin@devlinlawfirm.com
	Devlin Law Firm LLC
	1306 N. Broom Street, 1st Floor
	Wilmington, DE  19806
	Phone: (302) 449-9010

Counsel for Plaintiff
COMPUTER TRACKING SYSTEMS LLC