## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC, | |
| Plaintiff, | |
| v. | |
| CHURCHILL DOWNS, INC., | 2:16-cv-00762-RWS-RSP |
| Defendant. | (LEAD CASE) |
| HUUUGE, INC., | 2:16-cv-00764-RWS-RSP |
| Defendant. | |
| PENN NATIONAL GAMING, INC., | 2:16-cv-767-RWS-RSP |
| Defendant. | |

## NOTICE OF ATTORNEY APPEARANCE

Plaintiff Computer Tracking Systems LLC  files this Notice of Attorney Appearance, and hereby notifies the Court and all parties of record that Timothy Devlin of Devlin Law Firm LLC, 1306 N. Broom Street, 1st Floor, Wilmington, DE  19806, is entering his appearance on behalf of Plaintiffs in the above-referenced civil actions for purposes of receiving notices and orders from the Court..

Dated:  October 24, 2016

Respectfully submitted,

BY: */s/ Timothy Devlin*
Timothy Devlin
DE Bar No. 4241
tdevlin@devlinlawfirm.com
Robert Kiddie
Texas Bar No.  20460092
rkiddie@devlinlawfirm.com
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
Phone:  (302) 449-9010
Fax:  (302) 353-4251

*Attorneys for Plaintiff*
   *Computer Tracking Systems LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on October 24, 2016.

/s/ *Timothy Devlin*
Timothy Devlin