IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CHURCHILL DOWNS, INC.,<br><br>    Defendant. | C.A. No. 2:16-cv-762-RWS (Lead Case) |
| HUUUGE, INC. | C.A. No. 2:16-cv-764-RWS |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

CAME ON THIS DAY for consideration of the Joint Motion to Stay All Deadlines between Plaintiff Computer Tracking Systems LLC and Defendant Huuuge, Inc., and the Court being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all deadlines between Plaintiff Computer Tracking Systems and Defendant Huuuge, Inc. are stayed 30 days from the date of this Order. If the parties do not file dismissal papers or a Joint Motion to Dismiss by January 7, 2017, then counsel for the parties should appear before the Court for a status conference on January 9, 2017 at 9:00 a.m.

**SIGNED this 7th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE