IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CHURCHILL DOWNS, INC.,<br><br>    Defendant. | C.A. No. 2:16-cv-762-RWS<br>LEAD CASE |
| MORRIS MOHAWK GAMING GROUP, et al.,<br><br>    Defendants. | Civil Action No. 2:16-cv-766-RWS |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the Plaintiff Computer Tracking Systems LLC hereby moves for an order dismissing all claims against all Defendants in Civil Action No. 2:16-cv-766-RWS, WITHOUT PREJUDICE.

DATED:  December 22, 2016

DEVLIN LAW FIRM LLC

By: */s/ Robert Kiddie*
Robert Kiddie
Texas State Bar No. 24060092
rkiddie@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
1306 N. Broom Street, 1st Floor
Wilmington, DE  19806
Phone:  (302) 449-9010

*Attorneys for Plaintiff Computer Tracking Systems LLC*