# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHURCHILL DOWNS, INC.,<br><br>　　　　Defendant. | C.A. No. 2:16-cv-762-RWS<br>LEAD CASE |
| MORRIS MOHAWK GAMING GROUP, et al.,<br><br>　　　　Defendants. | Civil Action No. 2:16-cv-766-RWS |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration Plaintiff's Motion for Dismissal Without Prejudice of all claims asserted against all Defendants in Civil Action No. 2:15-766-RWS, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit against Defendants, Morris Mohawk Gaming Group, Meadway Leisure Limited and Salmon River Technologies are hereby dismissed without prejudice.

**SIGNED this 27th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE