## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| COMPUTER TRACKING SYSTEMS LLC,<br><br>               Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS, INC.,<br><br>               Defendant. | Civil Action No. 2:16-cv-762-RWS – LEAD CASE |

## **ORDER**

Plaintiff Computer Tracking Systems, LLC and Defendant Churchill Downs Incorporated (collectively, the "Parties") have announced to the Court that they have settled their claims and counterclaims for relief asserted in this case and request dismissal of the cases as between them. The Court, having considered this request, is of the opinion that the Parties' request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims between the Parties made in this case are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 11th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE